THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Troy Poynton, et al.      )<br>                           )<br>                           )<br>     Plaintiffs,          )<br>                           )<br>v.                         )<br>                           )<br>City of Waterbury, Connecticut )<br>                           )<br>     Defendant.           )<br>                           ) | Civil Action No.: 3:12-cv-00096-SRU<br>Jury Trial Demanded |

**JOINT MOTION TO APROVE
SETTLEMENT AGREEMENT AND TO SET FAIRNESS HEARING**

Based on the facts and argument set forth in the accompanying memorandum in support of this joint motion, Plaintiffs and Defendant respectfully request that this Court conclude that the parties' Settlement Agreement is fair, reasonable, adequate, and in the parties' mutual best interests.  The fully executed Settlement Agreement is attached to the memorandum as Exhibit 1.  Accordingly, and based on the reasons set forth in the parties' memorandum, the parties jointly request that following a Fairness Hearing, the Court enter an Order approving the settlement as fair and reasonable.  A proposed Order is attached as Exhibit B to the parties' Settlement Agreement.

April 5, 2013                                    Respectfully submitted,

                                                  Counsel for Plaintiffs


                                                  /s/ Molly A. Elkin
                                                  Molly A. Elkin
                                                  Bar No. phv05246
                                                  Diana J. Nobile
                                                  Bar No. phv05245

        Woodley & McGillivary
        1101 Vermont Avenue, NW
        Suite 1000
        Washington, DC 20005
        (202) 833-8855
        mae@wmlaborlaw.com
        djn@wmlaborlaw.com

        /s/ James Ferguson
        James Ferguson
        Bar No:. ct03341
        Eric Chester
        Bar No. ct27172
        Ferguson, Doyle & Chester, PC
        35 Marshall Road
        Rocky Hill, CT 06067
        (860)529-4762
        fdlawoffice@aol.com


        Counsel for Defendant

        /s/ Tara L. Shaw
        Tara L. Shaw
        Federal Bar Number: CT26651
        Donald C. McPartland
        Federal Bar Number: ct20424
        Thomas G. Parisot
        Federal Bar Number: ct06319
        Secor, Cassidy & McPartland, P.C.
        41 Church Street
        Waterbury, CT 06702
        dcm@ctlawyers.com
        tls@ctlawyers.com
        tgp@ctlawyers.com