THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Troy Poynton, et al. ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> City of Waterbury, Connecticut ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 3:12-cv-00096-SRU <br> Jury Trial Demanded |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the Court upon the joint request of Plaintiffs and Defendant, the Court having been advised of and considered the Settlement Agreement entered into by and among Plaintiffs and Defendant that has resulted from mediation, following a fairness hearing on the terms of the Settlement, and, upon the joint application of Plaintiffs and Defendant, by their Attorneys, seeking review and approval by the Court thereof, and the entire record therein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The court approves and adopts as stated the terms of the Settlement Agreement entered into between the parties to the instant actions, recognizing that there has been and there is no admission of liability by Defendant, same being expressly denied, but as it reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties thereto, and in accordance with law.

2. Consistent with the Agreement, this action is hereby dismissed with respect to the Plaintiffs, with prejudice. The Court will retain jurisdiction over the parties to the

Agreement for the purpose of interpretation and compliance with the Agreement and this Agreed Order of Dismissal with Prejudice.

So ORDERED this 15th day of May, 2013.

/s/ Stefan R. Underhill, USDJ
Stefan R. Underhill
United States District Judge

Approved for Entry:

_____
Attorney for Plaintiffs

_____
Attorney for Defendant

2